323 F.2d 870
 MARANNE SHOE COMPANY, Defendant, Appellant,
v.
UNITED SHOE WORKERS OF AMERICA, AFL-CIO, Plaintiff, Appellee.
 No. 6168.
 United States Court of Appeals First Circuit.
 Oct. 22, 1963.
 
 Dean E. Nicholson, Haverhill, Mass., with whom Espovich & Nicholson, Haverhill, Mass., was on brief, for appellant.
 Albert L. Goldman, Boston, Mass., with whom Grant, Angoff, Goldman & Manning, Boston, Mass., was on brief, for appellee.
 Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit judges.
 PER CURIAM.
 
 
 1
 The judgment of the District Court is affirmed on the opinion below. 222 F.Supp. 826.